■ GLORIA FELDER et al., Respondents, v EDWIN A. FOSTER et al., Individually and as Monroe County Legislators, et al., Appellants.—Order unanimously affirmed, without costs. (See *Tucker v Toia* 54 AD2d 322.) (Appeal from order of Monroe Supreme Court—preliminary injunction.) Present—Marsh, P. J., Moule, Cardamone, Goldman and Witmer, JJ.